# EXHIBIT "A"

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**04/26/2021**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ E. Montano _____ Deputy |
| PLAINTIFF/PETITIONER:<br>FRANKLIN TODD KOBRIN | |
| DEFENDANT/RESPONDENT:<br>J.P. MORGAN CHASE BANK | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>21STSC01423 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Online Dispute Resolution (ODR) Meet and Confer - Small Claims, Notice of Remote Appearances and Exchange and Submission of Evidence Protocol, Plaintiff's Claim and Order to Go to Small Claims Court upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

FRANKLIN TODD KOBRIN
P.O.BOX 501178
San Diego, CA 92150

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 04/26/2021        By: _E. Montano_
                                    Deputy Clerk

**CERTIFICATE OF MAILING**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**04/20/2021**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____E. Montano_____ Deputy |
| PLAINTIFF(S):<br>FRANKLIN TODD KOBRIN | |
| DEFENDANT(S):<br>J.P. MORGAN CHASE BANK | |
| **NOTICE OF REMOTE APPEARANCES AND EXCHANGE AND SUBMISSION OF EVIDENCE PROTOCOL** | CASE NUMBER:<br>21STSC01423 |

As a result of the COVID-19 pandemic Los Angeles Superior Court encourages remote appearances by audio or video for Small Claims cases beginning August 10, 2020, via LACourtConnect, pursuant to Standing Order 2020-SJ-015-00. Registration opens August 3, 2020. The fees to appear remotely are $15.00 for audio and $23.00 for video. Visit the website at https:www.lacourt.org/lacc to learn more and to register for a remote appearance.

Pursuant to California Code of Civil Procedure §116.520, parties in a Small Claims matter have the right to present evidence and witnesses at the hearing to support their respective positions. In order to facilitate remote appearances, the court has developed a protocol for the exchange of evidence between or among the parties and for submission to the court in advance of the hearing. See enclosed *LASC CIV 278 Exchange and Submission of Evidence (Small Claims)* form and *LASC CIV 279 Mailing Label*.

Evidence will be destroyed after the hearing unless the parties provide a self-addressed envelope with sufficient pre-paid postage at the time of the submission of the evidence.

**NOTICE OF REMOTE APPEARANCES AND EXCHANGE OF EVIDENCE PROTOCOL**

LASC SMCL 016 NEW 07/20
For Mandatory Use

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>04/20/2021<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: E. Montano Deputy |
| PLAINTIFF(S):<br>FRANKLIN TODD KOBRIN | |
| DEFENDANT(S):<br>J.P. MORGAN CHASE BANK | |
| **NOTICE OF ONLINE DISPUTE RESOLUTION (ODR)<br>MEET AND CONFER – SMALL CLAIMS** | CASE NUMBER:<br>21STSC01423 |

TO EACH PARTY AND TO THE ATTORNEY OF RECORD, IF ANY, you are hereby notified that:

Beginning February 24, 2021 and thereafter, each Plaintiff and each Defendant must register for LASC Online Dispute Resolution (ODR) – Small Claims within five (5) calendar days of receipt of this Notice.

TO REGISTER FOR ODR: Go to https://my.lacourt.org/odr/small-claims You will need your Case Number and the "Plaintiff's Claim and ORDER to Go to Small Claims Court" (Form SC 100).

ODR helps parties reach agreements to settle their case online, by computer, without phone calls or meetings. Each party is ordered to participate in good faith online discussions aimed at reaching a settlement through the ODR website.

The deadline for reaching an agreement is two (2) court days before the hearing or trial date.

If all parties agree on a settlement by their ODR deadline, ODR will help you electronically file the required forms with the court at no charge and you will not have to attend your court hearing or trial.

If all parties cannot agree on a settlement by their ODR deadline, all parties must attend the scheduled hearing or trial. Parties may appear remotely. https://my.lacourt.org/laccwelcome See LASC CIV 278 – Exchange and Submission of Evidence (Small Claims).

This ODR website also provides important information about the ODR process and resources that may help you prepare for ODR.


NOTICE OF ONLINE DISPUTE RESOLUTION (ODR) MEET AND CONFER – SMALL CLAIMS

LASC SMCL 018 Rev. 02/21<br>
For Mandatory Use

GEN-16-Small Claims Portal 3-PJ

**FILED**
Superior Court of California
County of Los Angeles

APR 13 2016

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Small Claims Jurisdiction Cases Calendared in the Los Angeles County Superior Court | GENERAL ORDER re SMALL CLAIMS PROCEDURES: NOTICE of WEB PORTAL AVAILABILITY for INTERPRETER REQUESTS (Effective April 13, 2016) |

TO EACH PARTY:

In order to expedite the availability of interpreters at hearings on small claims cases, IT IS HEREBY ORDERED that each Small Claims plaintiff shall, along with the *Plaintiff's Claim and Order to Go to Small Claims Court*, serve all named defendants with the *Notice of the Availability of Web Portal for Interpreter Requests*; this notice or flyer generally informs litigants that the Los Angeles County Superior Court provides interpreter services in small claims hearings at no cost to parties with limited English proficiency and that Spanish language interpreters are readily available in all courtrooms where Small Claims hearings are held. The notice or flyer will be provided to the claimant at the time the Small Claims action is filed, if filed at the clerk's office, and will also be posted on the Los Angeles County Superior Court internet website (http: //www.lacourt.org/). Plaintiff(s) must then indicate service of the *Notice of Availability of Small Claims Web Portal for Interpreter Requests* on line 3(d) of the Proof of Service form (Form SC – 104) filed with the court.

Effective immediately, this General Order supersedes any previous order related to service of the *Notice of Availability of Web Portal for Interpreter Requests* and is to remain in effect until otherwise ordered by the Presiding Judge.

DATED: April 13, 2016



_____
CAROLYN B. KUHL
PRESIDING JUDGE

GENERAL ORDER – SMALL CLAIMS PORTAL

### Notice of Availability of Small Claims Web Portal for Interpreter Requests

The Los Angeles Superior Court provides interpreter services at no cost to parties with limited English proficiency in Small Claims hearings. Spanish language interpreters are readily available in all courtrooms where Small Claims hearings are held. If you require a Spanish interpreter, please let the courtroom staff know about your need, on the day of your hearing. Limited English proficient individuals who speak a language other than Spanish may request an interpreter in advance of their court hearing via the Court's Web Portal for Interpreter Requests http://www.lacourt.org/irud/UI/index.aspx?ct=SC. While the Court will make every effort to locate an interpreter for the date and time of your hearing, it cannot guarantee that one will be immediately available. If you have questions about language access services, please contact LanguageAccess@LACourt.org

### 关于小额索赔传译员申请门户的可用性通知

在小额索赔庭审中，洛杉矶高等法院为英语能力有限的各方人士提供免费传译员服务。在举行小额索赔庭审的所有法庭中，均有现成的西班牙语传译员。如果您需要西班牙语传译员，请在您的庭审当日将您的需求告知法庭工作人员。在庭审前，英语能力有限的非西班牙语人士可通过法院的传译员申请网络门户 http://www.lacourt.org/irud/UI/index.aspx?ct=SC 提前申请传译员。法院会尽力按您的庭审日期和时间安排传译员，但法院无法保证能够即时提供传译员。如果您有关于语言服务的疑问，请联系LanguageAccess@LACourt.org.

### 통역사 신청을 위한 소액 청구 웹 포털 이용 통지

로스앤젤레스 상급법원은 소액 청구 심리에서 영어가 능숙하지 않은 당사자들에 대해 통역 서비스를 무료로 제공합니다.

스페인어 통역사는 소액 청구 심리가 열리는 모든 법정에서 손쉽게 제공할 수 있습니다. 스페인어 통역사가 필요한 경우에는 심리가 열리는 날에 법정 직원에게 알려 주십시오. 스페인어가 아닌 다른 언어를 사용하고 영어가 능숙하지 않은 개인들은 통역사 신청을 위한 법원 웹 포털을 통해서 재판일 전에 통역사를 신청할 수 있습니다(http://www.lacourt.org/irud/UI/index.aspx?ct=SC). 법원은 심리 날짜와 시간에 통역사를 찾기 위해 모든 노력을 기울일 것이나, 통역사를 즉시 제공한다는 것을 보장할 수 없습니다. 언어 접근 서비스에 대한 질문이 있으시면, 다음의 이메일 주소로 연락해 주십시오: LanguageAccess@LACourt.org.

### Aviso de disponibilidad del Portal web de reclamos menores para solicitar intérpretes

La corte superior de Los Ángeles brinda servicios de intérprete sin cargo para audiencias de reclamos menores a las partes que tienen conocimientos limitados de inglés. Se dispone de intérpretes de español en todas las salas donde se realizan audiencias de reclamos menores. Si necesita un intérprete de español, infórmele al personal de la sala del juzgado el día de su audiencia. Los individuos con conocimientos limitados de inglés que hablan un idioma que no sea el español pueden solicitar un intérprete antes de la audiencia en la corte por medio del Portal web de la corte para solicitar intérpretes (http://www.lacourt.org/irud/UI/index.aspx?ct=SC). La corte hará el mayor esfuerzo posible para programar un intérprete para la fecha y hora de su audiencia; sin embargo, no le podemos garantizar que haya uno disponible en forma inmediata. Si tiene alguna pregunta sobre los servicios de acceso lingüístico, envíe un mensaje a LanguageAccess@LACourt.org.

### Ծանուցագիր Թարգմանչական ծառայության խնդրանք ներկայացնելու համար Փոքր հայցերի առցանց դարպասի առկայության մասին

Լոս Անջելեսի Առաջին ատյանի դատարանն անվճար թարգմանչական ծառայություններ է տրամադրում Փոքր հայցերի վարույթների՝ անգլերենի սահմանափակ իմացություն ունեցող կողմերին։ Իսպաներենի թարգմանիչն առկայությունը Փոքր հայցերի լսումներ անցկացվող բոլոր դատարաններում ապահովված է։ Եթե իսպաներենի թարգմանչի կարիք ունեք, ապա խնդրում ենք այդ մասին Ձեր լսման օրը տեղեկացնել դատարանի դահլիճի անձնակազմին. Անգլերենի սահմանափակ իմացության ունեցող անձինք, ովքեր խոսում են ոչ իսպաներեն, այլ մեկ այլ լեզվով, կարող են թարգմանչի խնդրանք ներկայացնել նախօրոք՝ նախքան իրենց լսման օրը, "հատուկ" Թարգմանչական ծառայության խնդրանքների համար նախատեսված առցանց դարպասի միջոցով՝ http://www.lacourt.org/irud/UI/index.aspx?ct=SC: Թեև դատարանն ամեն ինչ կանի Ձեր լսման օրն ու ժամին թարգմանիչ ներկայացնելու համար, սակայն դատարանը չի երաշխավորում, որ նման ներկայություն անմիջապես հնարավոր կլինի ապահովել: Լեզվական մատչելիության ծառայությունների վերաբերյալ հարցերով խնդրում ենք դիմել LanguageAccess@LACourt.org

### Thông Báo về Cổng Vào Khu Kiện Nhỏ để Xin Cung Cấp Thông Dịch Viên

Tòa Thượng Thẩm Los Angeles cung cấp dịch vụ thông dịch viên miễn phí cho những bên kiện có khả năng Anh Ngữ giới hạn trong những vụ Kiện Nhỏ. Có sẵn thông dịch viên tiếng Tây Ban Nha tại tất cả các phòng xử Vụ Kiện Nhỏ. Nếu quý vị cần thông dịch viên tiếng Tây Ban Nha, xin cho nhân viên phòng xử biết về nhu cầu của quý vị, vào ngày xử. Người có khả năng Anh Ngữ giới hạn và nói một ngôn ngữ không phải tiếng Tây Ban Nha có thể xin cung cấp thông dịch viên trước ngày có phiên tòa của họ qua Cổng Web của Tòa cho Các Yêu Cầu Cung Cấp Thông Dịch Viên http://www.lacourt.org/irud/UI/index.aspx?ct=SC. Tuy tòa sẽ nỗ lực để tìm một thông dịch viên cho ngày giờ phiên tòa của quý vị, tòa không thể bảo đảm sẽ có ngay. Nếu quý vị có thắc mắc về các dịch vụ ngôn ngữ, xin liên lạc với LanguageAccess@LACourt.org

FILED
Superior Court of California
County of Los Angeles

SEP 04 2020

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Lorena Alomo

2020-SJ-015-01

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| IN RE SMALL CLAIMS PROTOCOL FOR EXCHANGE AND SUBMISSION OF EVIDENCE | 1st AMENDED STANDING ORDER RE: EVIDENCE EXCHANGE |

Pursuant to Code of Civil Procedure section 116.520, parties in a Small Claims matter have the right to present evidence and witnesses at the hearing on the matter in support of their respective positions.

As a result of the COVID-19 pandemic, it is imperative to practice social distancing in courthouses and courtrooms. To that end, the Los Angeles Superior Court encourages remote appearances by audio or video in Small Claims cases via LA CourtConnect (https://www.lacourt.org/lacc). In order to facilitate remote appearances, the court has developed a protocol for the exchange of evidence between or among the parties in advance of the hearing and for submission of the evidence to the court in advance of the hearing. Evidence will be destroyed after the ruling unless parties provide a self-addressed envelope with sufficient pre-paid postage at the time of submission of evidence to the court.

Any party in a Small Claims matter that wishes to submit evidence to support their respective position, whether appearing remotely or in person, is ordered to:

1. Send a copy of any evidence the party wishes the court to consider to the other party or parties in the matter, in any manner that ensures receipt of the evidence at least ten (10) days in advance of the hearing. The party must be able to provide proof of sending the evidence to the court if requested.

2. Send a copy of any evidence the party wishes the court to consider to the court ten (10) days prior to the hearing date. Each party must follow the procedures set forth below:

# Exchange and Submission of Evidence (Small Claims)

*Fill in court name and address*
Superior Court of California,
County of Los Angeles

**Important:** This form is to be used to submit evidence to the court and the opposing party. Read the other side of this form before you fill out the form.

Pursuant to Code of Civil Procedure section 116.520, parties in a Small Claims matter have the right to present evidence and witnesses at the hearing on the matter in support of their respective positions.

Each party who wishes to submit evidence is ordered to exchange and submit evidence to the court at least ten (10) days prior to the hearing and show proof of compliance (1st Amended Standing Order Re: Evidence Exchange 2020-SJ-015-01).

A party's failure to comply may result in the evidence not being considered by the court.

Case Number:

Case Name:

My Name is:_____

My Mailing Address is: _____

_____

I am a (check one):  ☐ Plaintiff    ☐ Defendant in this case.

My hearing is now scheduled on

(date) _____

at (time)_____

in Department _____

**INSTRUCTIONS:**
List each item of evidence separately and briefly describe it. Please provide copies only, as evidence will be returned only if a self-addressed envelope with sufficient pre-paid postage is submitted. If you need more space, attach one sheet of paper.

1._____

2._____

3._____

4._____

5._____

The parties listed below have been served with a copy of my evidence.

Name:_____was served on (date) _____

by (check one) ☐ mail   ☐ personal delivery. Address of service: _____

_____

Name:_____was served on (date) _____

by (check one) ☐ mail   ☐ personal delivery. Address of service: _____

_____

LASC CIV 278 Rev. 09/20
For Mandatory Use

From: _____
_____
_____

To: _____
_____
_____

Date: _____ Time: _____

Department: _____

Case Number: _____

LASC CIV 279 NEW 07/20
For Mandatory Use

**Small Claims Mailing Label**

From: _____
_____
_____

To: _____
_____
_____

Date: _____ Time: _____

Department: _____

Case Number: _____

LASC CIV 279 NEW 07/20
For Mandatory Use

**Small Claims Mailing Label**



**FILED**
Superior Court of California
County of Los Angeles

2020-SJ-019-00

DEC 07 2020

Sherri R Carter, Executive Officer/Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| IN RE MEET AND CONFER IN SMALL CLAIMS CASES | ) STANDING ORDER ) ) ) |

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY, IF ANY:

PLEASE TAKE NOTICE that pursuant to California Code of Civil Procedure §§ 128 and 187; California Rules of Court, rule 10.603; and the inherent powers of the Court (In re: Reno (2012) 65 Cal.4th 428, 522), the Court HEREBY ORDERS AS FOLLOWS:

Each Plaintiff is ordered to register for Online Dispute Resolution (ODR) at https://my.lacourt.org/odr/small-claims within five calendar days of case filing.

Each Defendant is ordered to register for ODR at https://my.lacourt.org/odr/small-claims within five calendar days of receiving the Plaintiff's Claim and Order to Go to Small Claims Court.

Once all parties have registered for ODR, each party is ordered to participate in good faith settlement discussions through the ODR website. The settlement discussions must be completed at least two court days prior to the date set for trial. Settlement forms may be completed, signed, and filed through the ODR website.

///

1

STANDING ORDER FOR MEET AND CONFER IN SMALL CLAIMS CASES

| SC-100 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** | Clerk stamps date here when form is filed.<br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>**04/20/2021**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____E. Montano_____ Deputy |
|---|---|---|

**Notice to the person being sued:**
- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**
- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Fill in court name and street address:

**Superior Court of California, County of**
Los Angeles
Stanley Mosk courthouse
111 North Hill Street
Los Angeles, CA 90012

Court fills in case number when form is filed.

**Case Number:** 21STSC01423

**Case Name:** KOBRIN vs J.P. MORGAN CHASE BANK

**Order to Go to Court**

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| | 1. 06/22/2021 | 8:30 AM | 90 | 5th Floor-Rm.541 |
| | 2. | | | |
| | 3. | | Sherri R. Carter, Executive Officer / Clerk of Court | |

Date: 04/20/2021    Clerk, by _____E. Montano_____, Deputy

**Instructions for the person suing:**
- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms*.
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)

RECEIVED SC-100, Page 1 of 5 →
APR 20 2021
CIVIL OPERATIONS
SMALL CLAIMS OFFICE

**Plaintiff** *(list names):* Franklin Todd Kobrin

**Case Number:**

① **The plaintiff (the person, business, or public entity that is suing) is:**
Name: Franklin Todd Kobrin    Phone: 858-449-6046
Street address: 574 S Ogden Dr. Los Angeles CA 90036
Mailing address *(if different):* P.O. Box 501178 San Diego CA 92150

**If more than one plaintiff, list next plaintiff here:**
Name: _____ Phone: _____
Street address: _____
Mailing address *(if different):* _____

☐ Check here if more than two plaintiffs and attach form SC-100A.
☐ Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.
☐ Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.

② **The defendant (the person, business, or public entity being sued) is:**
Name: J.P. Morgan Chase Bank    Phone: _____
Street address: 1111 Polaris Parkway Columbus OH 43240
Mailing address *(if different):* _____

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**
Name: CT Corporation System    Job title, if known: _____
Address: 818 W. 7th St. #930 Los Angeles CA 90017

☐ Check here if your case is against more than one defendant, and attach form SC-100A.
☐ Check here if any defendant is on active military duty, and write his or her name here: _____

③ **The plaintiff claims the defendant owes $** 1500 —.  *(Explain below):*

a. Why does the defendant owe the plaintiff money?
Wrongful credit reporting and Removal of 2 Chase accounts

When did this happen? *(Date):* 04/2020

b. If no specific date, give the time period:  Date started: _____  Through: _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
Damages According to FCRA Section 618-623 and damaged credit.

☐ Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.

Plaintiff *(list names)*:

Franklin Todd Kobrin

Case Number:

④ **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☒ Yes  ☐ No  If no, explain why not: _____

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies)*:
a. ☒ (1) Where the defendant lives or does business.
   ☐ (2) Where the plaintiff's property was damaged.
   ☐ (3) Where the plaintiff was injured.
   ☐ (4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.
b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ Code, § 1812.10.)*
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ Code, § 2984.4.)*
e. ☐ Other *(specify)*: _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know)*: 90036

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date)*: _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No  *If yes, the filing fee for this case will be higher.*

⑩ **Is your claim for more than $2,500?** ☐ Yes ☒ No
*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

⑪ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.
Date: 4/13/2021  Franklin T. Kobrin    ▶ Franklin Kobrin
                  *Plaintiff types or prints name here*      *Plaintiff signs here*
Date: _____  ▶
        *Second plaintiff types or prints name here*       *Second plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

# SC-100 — Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible for a court-provided interpreter. You may use form INT-300 or local court form to request an interpreter. If a court interpreter is not available at the time of your trial, it may be necessary to reschedule your trial. You cannot bring your own interpreter for the trial unless the interpreter has been approved by the court as a certified, registered, or provisionally qualified interpreter. (See Cal. Rules of Court, rule 2.893, and form INT-140.)

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www.courts.ca.gov/smallclaims/forms*.

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal*. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment*.
- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/smallclaims/appeals*.

**Do I have options?**
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, *Request for Dismissal*, with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (*Small Claims Subpoena*) and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for *more* than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court *and* relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's 's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled **"Small Claims Court."**

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.



**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

Case 2:21-cv-04385-GW-SK Document 1-1 Filed 05/26/21 Page 15 of 15 Page ID #:18

## SC-100 — Información para el demandado (la persona demandada)

La "**Corte de reclamos menores**" es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/preparese.

**¿Qué hago si necesito una adaptación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Solicite un intérprete al secretario de la corte lo más pronto posible. Puede usar el formulario INT-300 o un formulario de su corte local. Si no está disponible un intérprete de la corte para su juicio, es posible que se tenga que cambiar la fecha de su juicio. No puede llevar su propio intérprete para el juicio a menos que el intérprete haya sido aprobado por la corte como un intérprete certificado, registrado, o provisionalmente calificado. (Vea la regla 2.893 de las Reglas de la Corte de California, y el formulario INT-140.)

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/ smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación* (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.
- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".
- **Aeptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O visite *www.courts.ca.gov/reclamosmenores/asesores.*

---

* **Excepciones:** Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).)

Revised January 1, 2020     **Reclamo del Demandante y ORDEN Para Ir a la Corte de Reclamos Menores (Reclamos Menores)**     SC-100, Page 5 of 5

For your protection and privacy, please press the Clear This Form button after you have printed the form.